IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROXANNE E. RANKIN,

    Defendant.

ORDER

Case No. 22-cr-37-jdp

---

The defendant in the above-entitled case has been:

**__X__** convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

**_____** convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

**_____** acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

**_____** Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 30th day of August, 2023.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge

*Office of the Clerk*

# United States District Court
## For the Western District of Wisconsin

*120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156*

August 30, 2023

Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
SA-17, 4th Floor
Washington, DC  20522-1704

RE:   USA v. Roxanne E. Rankin
      Western District of Wisconsin Case No: 22-cr-37-jdp

To Whom it May Concern:

Enclosed please find the passport for Roxanne E. Rankin, # 587048179, along with a copy of the court order in the above-entitled matter transferring possession to your office.  A copy of the criminal judgment is also provided.

If you have any questions, please contact our office.

Very truly yours,

JOEL TURNER, Clerk of Court


By:   s/                                   
Deputy Clerk